Alex Asil Mashiri, Esq. (SBN 283798)
Alexmashiri@yahoo.com
**MASHIRI LAW FIRM**
A Professional Corporation
11251 Rancho Carmel Drive #500694
San Diego, CA 92150
Phone: (858) 348-4938
Fax: (858) 348-4939

Attorney for Plaintiffs:
EUGENE CLARK and TERESA CLARK

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE CLARK and TERESA CLARK | Case No. **'17 CV0944 BAS JMA** |
| Plaintiffs, | |
| vs. | **COMPLAINT FOR DAMAGES** |
| FD HOLDINGS LLC d/b/a FACTUAL DATA; TD BANK, USA | **[DEMAND FOR JURY TRIAL]** |
| Defendants. | |

Plaintiffs EUGENE CLARK and TERESA CLARK allege as follows:

## INTRODUCTION

1. Plaintiffs EUGENE CLARK and TERESA CLARK (hereinafter referred to as "Plaintiffs"), bring this lawsuit against TD BANK, USA (hereinafter referred to as "TD BANK") for violations of the California Consumer Credit Reporting Agencies Act ("CCRAA").

2. Plaintiffs bring this lawsuit against FD HOLDINGS LLC d/b/a FACTUAL DATA (hereinafter referred to as "FACTUAL DATA") for violations of

the FCRA and CCRAA.

3. Plaintiffs seek actual damages, statutory damages, attorneys' fees and costs, and other relief the Court deems appropriate.

## PARTIES

4. Plaintiffs are, and at all times mentioned herein were, individuals residing in the County of San Diego, State of California.

5. Plaintiffs are a "consumers" as the term is defined by 15 U.S.C. section 1681a(c) and California Civil Code section 1785.3(b).

6. Plaintiffs are informed and belief, and thereupon allege, that Defendants TD BANK and FACTUAL DATA are, and at all times mentioned herein were, business entities conducting and engaging in business in the County of San Diego, California.

7. Plaintiffs are informed and belief, and thereupon allege, that Defendant FACTUAL DATA is a consumer reporting agency and/or a reseller of credit information.

8. Plaintiffs are informed and belief, and thereupon allege, that at all times herein mentioned each of the Defendants was the agent, servant, employee, or partner of each of the remaining defendants and, in committing the acts and omissions hereinafter alleged, was acting within the course and scope of such agency, employment, partnership, or other business relationship, and were each responsible for the acts and omissions alleged in this complaint.

## JURISDICTION AND VENUE

9. This Court has jurisdiction under 15 U.S.C. section 1681 *et. seq.*, 28 U.S.C. section 1331, and 28 U.S.C. section 1367 for supplemental state claims.

10. This action arises out of violations of the FCRA and the CCRAA. Because all Defendants do business within the State of California, County of San Diego, personal jurisdiction is established.

11. Venue is proper pursuant to 28 U.S.C. section 1391.

# RELEVANT FACTS

12. Plaintiffs were planning to purchase a home. As a result, Plaintiffs reached out their loan officer and inquire about the necessary financing.

13. On March 15, 2017, Plaintiffs' loan officer obtained a credit report from Defendant FACTUAL DATA.

14. The March 15, 2017 credit report from Defendant FACTUAL DATA indicated that Plaintiffs owed a debt to Defendant TD BANK (account number ending in 9210). Specifically, the credit report stated that as of March 2017, the "past due" amount was $150.00 and that the "balance" amount was $150.00.

15. Plaintiffs, however, had filed for bankruptcy on July 16, 2014 and a discharged order, which included the debt with TD BANK (account number ending in 9210), was issued on October 21, 2014.

16. Upon information and belief, due to the inaccurate reporting by Defendants TD BANK and FACTUAL DATA, Plaintiffs are currently unable to obtain a loan to purchase a home.

# FIRST CAUSE OF ACTION
**(Violations of the CCRAA against Defendant TD BANK)**

17. Plaintiffs re-allege paragraphs 1 through 16, above, as if fully set forth herein.

18. California Civil Code section 1785.25(a) states:

> A person shall not furnish information on a specific transaction or experience to any consumer credit reporting agency if the person knows or should know the information is incomplete or inaccurate.

19. Defendant TD BANK violated the CCRAA by violating California Civil Code section 1785.25(a) because it furnished and continues to furnish to a consumer credit reporting agency, that Plaintiffs owe $150.00 when in fact they do not. Defendant TD BANK knew or should have known, that Plaintiffs had filed for bankruptcy in 2014 and that they no longer owed this amount because the account in

MASHIRI LAW FIRM
A Professional Corporation
11251 RANCHO CARMEL DR. # 500694
SAN DIEGO, CA 92150
TEL: (858) 348-4938
FAX: (858) 348-4939

question was included in the bankruptcy.

20.     As a result of each and every violation of the CCRAA, Plaintiffs have suffered actual damages and harm resulting from Defendant TD BANK's actions as heretofore alleged, including but not limited to worry, emotional distress, anxiety, humiliation, denial of loan/credit, damage to their credit and credit score, and out-of-pocket expenses the exact amount of which is to be proven at trial.

21.     As a result of each and every violation of the CCRAA, Plaintiffs are entitled to actual damages, reasonable attorney's fees and costs pursuant to California Civil Code section 1785.31(a)(1); and statutory damages for a knowing or willful violation in the amount of up to $5,000.00 pursuant to California Civil Code section 1785.31(a)(2)(B).

## SECOND CAUSE OF ACTION
### (Violation of the FCRA against Defendant FACTUAL DATA)

22.     Plaintiffs re-allege paragraphs 1 through 21, above, as if fully set forth herein.

23.     Defendant FACTUAL DATA violated the FCRA by violating 15 U.S.C. section 1681e(b) when it failed to follow reasonable procedures to assure maximum possible accuracy of the information concerning Plaintiffs credit report.  FACTUAL DATA had notice that Plaintiffs had filed for bankruptcy because its own reports states so.  In fact, the report indicates that the account with TD BANK was included in Plaintiffs' Chapter 7 bankrupcy.  Despite this, FACTUAL DATA's report indicates that the "past due" amount as well as the "balance" was $150.00.  Although FACTUAL DATA is permitted to report a debt discharged in bankruptcy, it must report the "balance" as zero.  *See Freedom v. Cititfinancial LLC*, 2016 WL 4060510 at *6 (N.D. Ill. July 25, 2016).  Clearly, FACTUAL DATA did not have reasonable procedures in place to assure maximum possible accuracy, specifically to make sure that the report shows a "past due balance" and "balance" of zero.

24.     As a result of each and every violation of the FCRA, Plaintiffs have

Case 3:17-cv-00944-BEN-JMA Document 1 Filed 05/08/17 PageID.5 Page 5 of 5

suffered actual damages and harm resulting from Defendant FACTUAL DATA's actions as heretofore alleged, including but not limited to worry, emotional distress, anxiety, humiliation, denial of loan/credit, damage to their credit and credit score, and out-of-pocket expenses the exact amount of which is to be proven at trial.

25. As a result of each and every negligent violation of the FCRA, Plaintiffs are entitled to actual damages pursuant to 15 U.S.C. section 1681o(a)(1); and reasonable attorney's fees and costs pursuant to 15 U.S.C. section 1681o(a)(2).

26. As a result of each and every willful violation of the FCRA, Plaintiffs are entitled to statutory damages pursuant to 15 U.S.C. section 1681n(a)(1)(A); punitive damages pursuant to 15 U.S.C. section 1681n(a)(2); and reasonable attorney's fees and costs pursuant to 15 U.S.C. section 1681n(a)(3).

## PRAYER FOR DAMAGES AND OTHER REMEDIES

1. For actual damages;
2. For statutory damages;
3. For attorneys' fees;
4. For costs of suit herein incurred;
5. For interest according to law; and
6. For other and further relief as the court may deem proper.

DATED: May 8, 2017

**MASHIRI LAW FIRM**
A Professional Corporation

By: /s/Alex Asil Mashiri
Alex Asil Mashiri
Attorney for Plaintiffs,
EUGENE CLARK and
TERESA CLARK

MASHIRI LAW FIRM
A Professional Corporation
11251 RANCHO CARMEL DR. # 500694
SAN DIEGO, CA 92150
TEL: (858) 348-4938
FAX: (858) 348-4939