Alex Asil Mashiri, Esq. (SBN 283798)
**MASHIRI LAW FIRM**
A Professional Corporation
11251 Rancho Carmel Drive #500694
San Diego, CA 92150
Phone: (858) 348-4938
Fax: (858) 348-4939

Attorney for Plaintiffs:
EUGENE CLARK and TERESA CLARK

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| EUGENE CLARK and TERESA CLARK | ) | Case No. 17-cv-0944-BAS-JMA |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **NOTICE OF SETTLEMENT** |
| | ) | **WITH DEFENDANT FD** |
| FD HOLDINGS LLC d/b/a FACTUAL | ) | **HOLDINGS LLC d/b/a FACTUAL** |
| DATA; TD BANK, USA | ) | **DATA <u>ONLY</u>** |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiffs EUGENE CLARK and
TERESA CLARK ("Plaintiffs") and Defendant FD HOLDINGS LLC d/b/a
FACTUAL DATA ("Factual Data") have reached a settlement.

Plaintiffs anticipate filing a motion dismissing Factual Data **<u>only</u>** from this
action with prejudice within 60 days.

Respectfully submitted,

DATED:  June 27, 2017                **MASHIRI LAW FIRM**
                                     A Professional Corporation

                                     By: /s/ Alex Asil Mashiri
                                     Alex Asil Mashiri
                                     Attorney for Plaintiffs
                                     EUGENE CLARK and TERESA
                                     CLARK