Alex Asil Mashiri, Esq. (SBN 283798)
**MASHIRI LAW FIRM**
A Professional Corporation
11251 Rancho Carmel Drive #500694
San Diego, CA 92150
Phone: (858) 348-4938
Fax: (858) 348-4939

Tamim Jami, Esq. (SBN 311351)
tamim@jamilaw.com
**THE JAMI LAW FIRM P.C.**
3525 Del Mar Heights Rd #941
San Diego, CA 92130
Tel: (858) 284-0248
Fax: (858) 284-0977

Attorneys for Plaintiffs:
EUGENE CLARK and TERESA CLARK

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EUGENE CLARK and TERESA CLARK | Case No. 3:17-cv-00944-BEN-JMA |
| Plaintiffs, | |
| v. | |
| FD HOLDINGS LLC d/b/a FACTUAL DATA; TD BANK, USA | **JOINT MOTION TO DISMISS** |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 7.2, Plaintiffs EUGENE CLARK and TERESA CLARK and Defendant TD BANK, USA jointly move the Court to dismiss the entire case with prejudice.  Each party to bear their own respective attorney's fees, expenses and costs.

Respectfully submitted,

DATED:  February 15, 2018         **MASHIRI LAW FIRM**
A Professional Corporation

By: /s/ Alex Asil Mashiri
Alex Asil Mashiri
Attorney for Plaintiffs
EUGENE CLARK and TERESA CLARK

DATED: February 15, 2018          **HINSHAW & CULBERTSON LLP**

By: /s/ Renee Choy Ohlendorf
 Renee Choy Ohlendorf
Attorney for Defendant
TD BANK, USA

# CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2018, I electronically filed the foregoing **JOINT MOTION TO DISMISS** with the Clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

DATED: February 15, 2018

**MASHIRI LAW FIRM**
A Professional Corporation

By: /s/ Alex Asil Mashiri
Alex Asil Mashiri
Attorney for Plaintiffs
EUGENE CLARK and TERESA CLARK